UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH McDANNELL, | : CIVIL ACTION NO. 1:07-CV-1821 |
| Plaintiff | : |
| | : Yvette Kane |
| | : Chief United States District Judge |
| v. | : |
| | : J. Andrew Smyser |
| THOS. SOMERVILLE COMPANY, | : Magistrate Judge |
| Defendant. | : |

## ORDER

**AND NOW**, this _____ day of _____, 2008, after consideration of the foregoing Objections to Magistrate Judge's Report and Recommendation, it is hereby ordered that said Report is rejected.

BY THE COURT

_____J.